```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL ACTION NO. 2:17-00021**

**CHRISTOPHER BRYANT**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On November 14, 2022, the United States of America appeared by Jeremy B. Wolfe, Assistant United States Attorney, and the defendant, Christopher Bryant, appeared in person and by his counsel, Gabriele Wohl, Esq., for a hearing on the petition seeking revocation of supervised release submitted by Senior United States Probation Officer Kara Dills. The defendant commenced a thirty-six (36) month term of supervised release in this action on May 14, 2021, as more fully set forth in the Judgment in a Criminal Case Order entered by the court on May 21, 2018.

The court heard the admissions and objections of the defendant, and the representations and arguments of counsel.

Pursuant to the court's findings of fact and conclusions of law as enumerated in open court on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence that the defendant has violated the conditions of his supervised release as follows: (1) on July 19, 2022, the defendant was in possession with intent to distribute approximately five pounds of marijuana, a controlled substance in violation of federal and state laws; and (2) from July 19, 2022, through August 29, 2022, the defendant failed to notify the probation officer that he was arrested and questioned by law enforcement officers on July 19, 2022; all as set forth in the petition on supervised release, and all as admitted by the defendant, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations found as set forth above warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TEN (10) MONTHS imprisonment, to be followed by TWENTY SIX (26) MONTHS of supervised release, upon the same terms and conditions as heretofore.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  November 21, 2022

John T. Copenhaver, Jr.
Senior United States District Judge