```
                    UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:17-00021

**CHRISTOPHER BRYANT**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On November 26, 2024, the United States of America appeared by Francesca C. Rollo, Assistant United States Attorney, and the defendant, Christopher Bryant, appeared in person and by his counsel, Gabriele Wohl and Kendra M. Amick, for a hearing on the Petition, Amendment, and Second Amendment seeking revocation of supervised release, submitted by United States Probation Officer Codie P. Blankenship.  The defendant commenced a twenty-six (26) month term of supervised release in this action on August 11, 2023, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on November 21, 2022.

The court heard the objections of the defendant, the evidence adduced by the parties, and the representations and arguments of counsel. The court notes that the government withdrew violations numbered 1 and 4 set forth in the original petition filed on August 21, 2024.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release by committing violations in the following respects:  (1) on February 26, 2024, the defendant provided a urine specimen which tested positive for methamphetamine, amphetamine, and fentanyl, and the defendant admitted to the Probation Officer he nasally ingested methamphetamine on February 23, 2024; (2) on March 13, 2024, the defendant submitted a urine specimen that tested positive for methamphetamine, amphetamine, codeine, 6-acetylmorphine and morphine, and the defendant admitted his use of methamphetamine on March 11, 2024; (3) on October 30, 2024, the defendant completed a voluntary admission form, admitting to his use of methamphetamine on October 29, 2024, and fentanyl on October 30, 2024; and (4) on October 30, 2024, the defendant was found to be in possession of a stolen Cadillac vehicle, knowing it was

2

stolen, in violation of West Virginia state law and specifically in violation of W.Va. Code §61-3-18, and consequently, in violation of a condition of his supervised release; all as set forth in the petition, amendment to petition, and second amendment to petition on supervised release, and by the court's findings by a preponderance of the evidence as more fully set forth on the record.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the

United States Bureau of Prisons for imprisonment for a period of **EIGHTEEN (18) MONTHS**, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

      DATED: November 27, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge